IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| ANIKA GREENE, et al., | * | |
| Plaintiffs, | * | Case No. _____ |
| v. | * | |
| SOUTHERN AUTO FINANCE COMPANY, et al. | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## LOCAL RULE 103.3 CORPORATE DISCLOSURE

Pursuant to Local Rule 103.3 of the District of Maryland, and to enable the Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Southern Auto Finance Company certify that the following are parent, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following in the hands of the public: Defendant Southern Auto Finance Company is a privately held company.

Respectfully Submitted,

/s/ Nathan D. Adler
Nathan D. Adler, Bar No. 22645
Elliott Engel, Bar No. 28299
Neuberger Quinn Gielen, Rubin &Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland  21202-3282
(410) 332-8516
nda@nqgrg.com

Attorneys for Southern Auto Finance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \5th_ day of January, 2010, a copy of the foregoing Local Rule 103.3 Disclosure was mailed first class, postage prepaid, to:

>Jane Santoni, Esquire
>Williams & Santoni, LLP
>401 Washington Avenue, Suite 200
>Towson, Maryland 21204
>
>A. Darwin Holder, Jr., Esquire
>Holder Law Group LLC
>406 Allegheny Avenue
>Towson, Maryland 21204
>
>Attorneys for Plaintiffs
>
>James Dickerman, Esquire
>Eccelston & Wolf
>Baltimore-Washington Law Center
>7240 Parkway Drive
>4th Floor
>Hanover, MD 21076
>(410) 752-7474
>Email: dickerman@ewmd.com
>
>Attorneys for Defendant Amy Kline

_____
Elliott Engel